UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>V.<br>2005 MAYBACH 57 SEDAN,<br>　　　　　　　　Defendant. | Case Number CV-06-6636-JF<br><br>Case Management Conference<br><br>December 7, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on December 7, 2007 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

November 6, 2007                    For the Court
                                    Richard W. Wieking, Clerk


                                    By:  /s/
                                    Diana Munz
                                    Courtroom Deputy Clerk