SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    email:       stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  C06-6636 JF |
|             Plaintiff, ) | |
|    v. ) | |
| 1.  2005 MAYBACH 57 SEDAN, VIN<br>    WDBVF78J45A001128; ) | **UNITED STATES' STATUS<br>CONFERENCE STATEMENT** |
| 2.  2006 HUMMER H2, VIN<br>    5GRGN23U96H101282; AND ) | |
| 3.  2003 HARLEY DAVIDSON<br>    MOTORCYCLE, VIN 1HD1FC2563Y636319 ) | |
|            Defendants. ) | |

**1.  Jurisdiction**

    This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355, and Title 18, United States Code, Section 981.

**2.  Description of Case**

    This is a forfeiture action which stems from an investment fraud scheme.  The government

**UNITED STATES' STATUS
CONFERENCE STATEMENT
C 06-6636 JF**

contends that defendant conveyances constitute proceeds, or are traceable to proceeds, from a mail and wire fraud scheme, and thus subject to forfeiture under 18 U.S.C. § 981(a)(1)(C).  The government also alleges that the defendant conveyances constitute property involved in money laundering transactions and are thus forfeiture under 18 U.S.C. § 981(a)(1)(A).  The defendant conveyances were seized by duly authorized seizure warrants on April 25 and May 11, 2006, which remain under seal.  Terry and Rebecca Solomon are the registered owners of the defendant conveyances.

**3.  Service**

The complaint for forfeiture was originally filed under seal by order the Court on October 24, 2006, in part because Rebecca and Terry Solomon had fled the jurisdiction of the Court following the execution of search warrants at their home and the filing of criminal charges.  On or about August 29, 2007, the government moved to unseal the complaint.  During the period while the complaint was sealed, the government (with Court permission) neither published nor served notice of the complaint on the Solomons. The government has still not served the Solomons as they are currently being extradited to the United States.  The Solomons were arrested and detained in Guam on the underlying criminal charges in November 2007.  They are currently in the process of being transported to San Francisco; it is anticipated that they will be here by the end of December.

**4.  Principal Factual and Legal Issues**

The principal factual and legal issues in dispute are: (a) whether plaintiff can establish that the defendant conveyances represent and/or derived from fraud proceeds; (2) whether the defendant conveyances are involved in and/or traceable to money laundering violations; (3) whether the Solomons can establish innocent ownership claims to the defendant properties.

**5.  Discovery/Disclosures**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, as amended on December 1, 2006, civil forfeiture actions are exempt from initial disclosures.  There has been no discovery to date.

**6.  Relief/Damages**

UNITED STATES' STATUS
CONFERENCE STATEMENT
C 06-6636 JF

*2*

Plaintiff seeks a judgment of forfeiture of the defendant property. This is not a damages case.

**7. Settlement**

There has been no settlement discussions to date.

**8. Alternative Means of Disposition**

Plaintiff does not request reference to arbitration or to a United States Magistrate Judge for trial. Plaintiff further contends that this is not a case suitable for reference to a special master or judicial panel.

**9. Related Case-**

In December 2006, a federal grand jury for the Northern District of California returned an indictment charging Rebecca and Terry Solomon with violations of mail fraud, wire fraud and money laundering. The criminal case is currently pending before the Honorable Jeremy Fogel in San Jose. The factual allegations in criminal case form the basis, in large part, for the allegations in the civil forfeiture complaint. The indictment was originally filed under seal because Rebecca and Terry Solomon fled the jurisdiction of the Court following the execution of search warrants at their home. In March 2007, the government moved to unseal the indictment. In November 2007, the Solomons were arrested abroad and extradited to Guam. They are currently enroute to San Francisco and expected to be here by the end of this year.

**10. Other Matters:**

No other matters at this time.

DATED:                                             Respectfully submitted,

                                                   SCOTT N. SCHOOLS
                                                   United States Attorney


                                                   _____/s/_____
                                                   STEPHANIE M. HINDS
                                                   Assistant United States Attorney

**UNITED STATES' STATUS
CONFERENCE STATEMENT
C 06-6636 JF**

*3*