UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, December 7, 2007
**Case Number:** CV-06-6636-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA  V.  2005 MAYBACH 57 SEDAN, ET AL |
|---|---|
| | PLAINTIFF                                DEFENDANT |

**Attorneys Present:** Stephanie Hines           **Attorneys Present:**

PROCEEDINGS:
Case management conference held.  Counsel for plaintiff is present.
Continued to 1/25/08 at 10:30 a.m. for further case management conference.