JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br>       v. <br> 1.  2005 MAYBACH 57 SEDAN, VIN <br>      WDBVF78J45A001128; <br> 2.  2006 HUMMER H2, VIN <br>      5GRGN23U96H101282; AND <br> 3.  2003 HARLEY DAVIDSON MOTORCYCLE, <br>      VIN 1HD1FC2563Y636319, <br>                 Defendants. | **Case No.  C 06-6636 JF** <br><br> **CERTIFICATE OF SERVICE** |

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

- Complaint for Forfeiture;

- Notice of Related Cases and/or Administrative Motion to Consider Whether Cases Should be Related;

- Related Case Order;
- Initial Case Management Scheduling Order;
- United States District Court Local Rules and Guidelines; and
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Nicholas P. Humy<br>Assistant Federal Public Defender<br>160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113<br>Attorney for Rebecca Solomon | Matthew J. Jacobs<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Attorney for Terry Solomon |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  23rd  day of January, 2007, at San Francisco, California.


                /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit