SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    email:      stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1. 2005 MAYBACH 57 SEDAN, VIN WDBVF78J45A001128; <br><br> 2. 2006 HUMMER H2, VIN 5GRGN23U96H101282; AND <br><br> 3. 2003 HARLEY DAVIDSON MOTORCYCLE, VIN 1HD1FC2563Y636319 <br><br> Defendants. | No. C06-6636 JF <br><br> **UNITED STATES' STATUS CONFERENCE STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

      The United States submits this statement to advise the Court as to the current status of this matter and to request a continuance of the case management conference.

      This is a forfeiture action which stems from an investment fraud scheme. The government contends that defendant conveyances constitute proceeds, or are traceable to proceeds, from a mail and wire fraud scheme, and thus subject to forfeiture under 18 U.S.C. § 981(a)(1)(C). The government also alleges that the defendant conveyances constitute property involved in money laundering transactions and

**UNITED STATES' STATUS
CONFERENCE STATEMENT
C 06-6636 JF**

are thus forfeiture under 18 U.S.C. § 981(a)(1)(A).  The defendant conveyances were seized by duly authorized seizure warrants on April 25 and May 11, 2006, which remain under seal.  Terry and Rebecca Solomon are the registered owners of the defendant conveyances.

The complaint for forfeiture was originally filed under seal by order the Court on October 24, 2006, in part because Rebecca and Terry Solomon had fled the jurisdiction of the Court following the execution of search warrants at their home and the filing of criminal charges.  On or about August 29, 2007, the government moved to unseal the complaint.  During the period while the complaint was sealed, the government (with Court permission) neither published nor served notice of the complaint on the Solomons.

In December 2006, a federal grand jury for the Northern District of California returned an indictment charging Rebecca and Terry Solomon with violations of mail fraud, wire fraud and money laundering.  The criminal case is currently pending before the Honorable Jeremy Fogel in San Jose.  The factual allegations in criminal case form the basis, in large part, for the allegations in the civil forfeiture complaint.  In November 2007, the Solomons were arrested abroad and extradited to Guam.  They arrived in the bay area in December 2007, where they made their initial appearances before the district court in San Jose.  The Solomons have been detained.

Undersigned government counsel recently served the attorneys representing the Solomons in their criminal case with the complaint and other materials related to the civil forfeiture action.  Should the Solomons wish to contest the civil forfeiture proceedings, they must file a claim within 30 days of its mailing to their attorneys.

//

//

**UNITED STATES' STATUS**
**CONFERENCE STATEMENT**
**C 06-6636 JF**

In light of the above, the government requests that the case management conference currently scheduled for Friday, January 25, 2008, be vacated, and that the matter be rescheduled for case management conference on March 21, 2008, at 10:30 a.m., in order to provide the Solomons with sufficient time to file claims if they so intend.

DATED:                                             Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   _____/s/_____
                                                   STEPHANIE M. HINDS
                                                   Assistant United States Attorney

**UNITED STATES' STATUS**
**CONFERENCE STATEMENT**
**C 06-6636 JF**