1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, CA 94102
        Telephone: (415) 436-6816

7       Facsimile:  (415) 436-6748
        email:      stephanie.hinds@usdoj.gov

8
    Attorneys for Plaintiff

9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,            )    No.   C06-6636 JF
                                         )
14                   Plaintiff,          )
                                         )
15          v.                           )
                                         )
16  1.   2005 MAYBACH 57 SEDAN, VIN      )    **UNITED STATES' STATUS**
         WDBVF78J45A001128;              )    **CONFERENCE STATEMENT AND**
17                                       )    **REQUEST TO CONTINUE CASE**
    2.   2006 HUMMER H2, VIN             )    **MANAGEMENT CONFERENCE**
18       5GRGN23U96H101282; AND          )
                                         )
19  3.   2003 HARLEY DAVIDSON            )
         MOTORCYCLE, VIN 1HD1FC2563Y636319)
20                                       )
                     Defendants.         )
21  _____   )

22         The United States submits this statement to advise the Court as to the current status of this

23  matter and to request a continuance of the case management conference.

24         This is a forfeiture action which stems from an investment fraud scheme.  The government

25  contends that defendant conveyances constitute proceeds, or are traceable to proceeds, from a mail and

26  wire fraud scheme, and thus subject to forfeiture under 18 U.S.C. § 981(a)(1)(C).  The government also

27  alleges that the defendant conveyances constitute property involved in money laundering transactions and

28
    **UNITED STATES' STATUS**
    **CONFERENCE STATEMENT**
    **C 06-6636 JF**

                                                                                    *1*

are thus forfeiture under 18 U.S.C. § 981(a)(1)(A).   The defendant conveyances were seized by duly

authorized seizure warrants on April 25 and May 11, 2006, which remain under seal.  Terry and Rebecca

Solomon are the registered owners of the defendant conveyances.

The complaint for forfeiture was originally filed under seal by order the Court on October 24,

2006, in part because Rebecca and Terry Solomon had fled the jurisdiction of the Court following the

execution of search warrants at their home and the filing of criminal charges.  On or about August 29,

2007, the government moved to unseal the complaint.  During the period while the complaint was sealed,

the government (with Court permission) neither published nor served notice of the complaint on the

Solomons.

In December 2006, a federal grand jury for the Northern District of California returned an

indictment charging Rebecca and Terry Solomon with violations of mail fraud, wire fraud and money

laundering.  The criminal case is currently pending before the Honorable Jeremy Fogel in San Jose.  The

factual allegations in criminal case form the basis, in large part, for the allegations in the civil forfeiture

complaint.   In November 2007, the Solomons were arrested abroad and extradited to Guam.  They

arrived in the bay area in December 2007, where they made their initial appearances before the district

court in San Jose.  The Solomons have been detained.

Undersigned government counsel recently served the attorneys representing the Solomons in

their criminal case with the complaint and other materials related to the civil forfeiture action.  Should

the Solomons wish to contest the civil forfeiture proceedings, they must file a claim within 30 days of its

mailing to their attorneys.

/ /

/ /

**UNITED STATES' STATUS**
**CONFERENCE STATEMENT**
**C 06-6636 JF**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In light of the above, the government requests that the case management conference currently scheduled for Friday, January 25, 2008, be vacated, and that the matter be rescheduled for case management conference on March 21, 2008, at 10:30 a.m., in order to provide the Solomons with sufficient time to file claims if they so intend.

DATED:                                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____/s/_____
                                          STEPHANIE M. HINDS
                                          Assistant United States Attorney


2/6/08 IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court

**UNITED STATES' STATUS**
**CONFERENCE STATEMENT**
**C 06-6636 JF**