MATTHEW J. JACOBS (CSBN 171149)
JESSICA L. HOUTS (CSBN 253784)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.813.5000
Facsimile:  650.813.5100
Email:  mjacobs@mwe.com
          jhouts@mwe.com

Attorneys for Terry R. Solomon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>    v.<br><br>1.  2005 MAYBACH 57 SEDAN, VIN WDBVF78J45A001128;<br><br>2.  2006 HUMMER H2, VIN 5GRGN23U96H101282; AND<br><br>3.  2003 HARLEY DAVIDSON MOTORCYCLE, VIN 1HD1FC2563Y636319,<br><br>            Defendants. | CASE NO.  C-06-6636 (JF)<br><br>**TERRY R. SOLOMON'S ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT FOR FORFEITURE**<br><br>**JURY TRIAL REQUESTED** |

Claimant, Terry R. Solomon, ("Mr. Solomon"), hereby answers the United States of America's ("Plaintiff") verified complaint for forfeiture, *in rem*, ("Complaint") as follows:

## **GENERAL DENIAL**

Except as expressly admitted herein, Mr. Solomon denies each and every allegation in the Complaint.

## **SPECIFIC RESPONSES**

### **Jurisdiction**

1. Mr. Solomon ADMITS that Plaintiff asserts jurisdiction under 28 U.S.C. §§1345, 1355 and 18 U.S.C. §981. To the extent this paragraph alleges anything other than the above, such allegations are DENIED.

### **Parties**

2. Mr. Solomon ADMITS that Plaintiff is the United States of America.

3. Mr. Solomon responds to paragraph 3 as follows:

   a. ADMITS that Plaintiff has named 2005 Maybach 57 Sedan, VIN WDBVF78J45A001128 as Defendant;

   b. ADMITS that Plaintiff has named 2006 Hummer H2, VIN 5GRGN23U96H101282 as Defendant; and

   c. ADMITS that Plaintiff has named 2003 Harley Davidson Motorcycle, VIN 1HD1FC2563Y636319 as Defendant.

4. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

### **Venue**

5. Mr. Solomon ADMITS that Plaintiff asserts venue is proper in the Northern District of California pursuant to 28 U.S.C. §§1355(b) and 1395(a) and (b). To the extent this paragraph alleges anything other than the above, such allegations are DENIED.

### **Intradistrict Assignment**

6. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

**Facts**

7. Mr. Solomon incorporates by reference his specific responses to paragraphs 1 through 6.

8. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

9. Mr. Solomon is without sufficient knowledge or information to form a belief as to these allegations and, on this basis, DENIES them.

**A.    Diamond Fraud Scheme**

10. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

11. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

12. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

13. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

14. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

15. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

16. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

17. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

18. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**B.     China Fraud Scheme**

19.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Matthew Cook, M.D.

20.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

21.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

22.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

23.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

24.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

25.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

26.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

27.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

28.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Farzaneh (Farri) Ouraie

29.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

30.    Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

31. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

32. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

33. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

34. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

35. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Jon Christensen

36. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

37. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

38. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

39. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

40. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and , on this basis, DENIES them.

41. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Shahram Gholami, M.D.

42. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

43. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

44. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

45. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

46. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Patrick Bitter, M.D.

47. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

48. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

49. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

50. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

51. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

52. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

53. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Valerie Traina, M.D.

54. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

55. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

56. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

ANSWER TO COMPLAINT
(Case No. C-06-6636 JF)

1  57.  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

### Financial Analysis

<u>Kristoffer International, Inc., Bank of America</u>

58.  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    a)  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    b)  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    c)  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    d)  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

<u>Solomon Investment Group, Inc., HSBC Bank</u>

59.  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    a)  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    b)  Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1     c) Mr. Solomon is without sufficient knowledge or information to form a
2      belief as to the allegations contained in this paragraph and, on this basis,
3      DENIES them.

Rebecca Solomon, HSBC Bank

60. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

   a) Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

   b) Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

   c) Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

61. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

**Financial Transactions Re Purchase of the Defendant Vehicles**

2005 Mercedes Maybach Sedan

62. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

63. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

64. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

65. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

2006 Hummer H2

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

66. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

67. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

68. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

69. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

2003 Harley Davidson Motorcycle

66.[1] Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

67. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

68. Mr. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

### First Claim for Relief

69. Mr. Solomon incorporates by reference its specific responses to paragraphs 1 through 68.

70. The allegations in paragraph 70 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

71. The allegations in paragraph 71 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

72. The allegations in paragraph 72 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

73. The allegations in paragraph 73 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

---

[1] Plaintiff's complaint begins this paragraph with number 66. To be consistent, Mr. Solomon will follow Plaintiff's numbering system.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1     74.    Mr. Solomon DENIES the allegations set forth in this paragraph.

## Second Claim for Relief

3     75.    Mr. Solomon incorporates by reference its specific responses to paragraphs 1 through 74.

5     76.    The allegations in paragraph 76 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

7     77.    The allegations in paragraph 77 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

9     78.    The allegations in paragraph 78 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

11     79.    The allegations in paragraph 79 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

13     80.    Mr. Solomon DENIES the allegations set forth in this paragraph.

## Third Claim for Relief

15     81.    Mr. Solomon incorporates by reference its specific responses to paragraphs 1 through 80.

17     82.    The allegations in paragraph 82 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

19     83.    The allegations in paragraph 83 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

21     84.    Mr. Solomon DENIES the allegations set forth in this paragraph.

## Fourth Claim for Relief

23     85.    Mr. Solomon incorporates by reference its specific responses to paragraphs 1 through 84.

25     86.    The allegations in paragraph 86 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

27     87.    The allegations in paragraph 87 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

88. The allegations in paragraph 88 contain a legal conclusion to which no response is required. To the extent this paragraph requires a response, such allegations are DENIED.

89. Mr. Solomon DENIES the allegations set forth in this paragraph.

**Affirmative Defenses as to All Causes of Action**

As separate and distinct affirmative defenses to the Complaint, and to each and every purported cause of action therein, Mr. Solomon is informed and believes, and thereon alleges, as follows:

**First Affirmative Defense**

**(Failure to State a Claim)**

The Complaint, and each purported cause of action set forth therein, fails to state a claim upon which relief can be granted against 2005 Maybach 57 Sedan, VIN WDBVF78J45A001128.

**Second Affirmative Defense**

**(Failure to State a Claim)**

The Complaint, and each purported cause of action set forth therein, fails to state a claim upon which relief can be granted against 2006 Hummer H2, VIN 5GRGN23U96H101282.

**Third Affirmative Defense**

**(Failure to State a Claim)**

The Complaint, and each purported cause of action set forth therein, fails to state a claim upon which relief can be granted against 2003 Harley Davidson Motorcycle, VIN 1HD1FC2563Y636319.

**Fourth Affirmative Defense**

**(Statute of Limitations)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by the applicable statute of limitations.

**Fifth Affirmative Defense**

**(Laches)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by the doctrine of laches.

**Sixth Affirmative Defense**

**(Innocent Owner)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, because Mr. Solomon is an innocent owner of defendant vehicles, pursuant to 18 U.S.C. §983(d).

**Seventh Affirmative Defense**

**(8th Amendment)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, because forfeiture of the Defendant vehicles would be excessive in violation of the 8th amendment of the United States Constitution.

**Eighth Affirmative Defense**

**(Ex Post Facto)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, because forfeiture of the Defendant vehicles under 18 U.S.C. §981(a)(1)(A) violates the Ex Post Facto Clause of Article I, §§9 and 10 of the United States Constitution.

**Ninth Affirmative Defense**

**(Lack of Particularity)**

Plaintiff's alleged causes of action, and each of them, is barred, in whole or in part, because the Complaint does not contain sufficient particularity to satisfy Rule E(2) of the Supplemental Rules For Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

**Prayer for Relief**

WHEREFORE, Mr. Solomon prays for the following relief against Plaintiff:

1. Plaintiff take nothing by the Complaint;
2. The Complaint be dismissed with prejudice;
3. Judgment be entered against Plaintiff and in favor of Mr. Solomon;
4. For costs of suit incurred herein, including reasonable attorneys' fees; and
5. Fur such other and further relief as is just and proper.

ANSWER TO COMPLAINT
(Case No. C-06-6636 JF)

**Demand for Jury Trial**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Mr. Solomon hereby demands a trial by jury as to all issues so triable in the Complaint.

Dated: February 8, 2008

Respectfully submitted,

McDermott Will & Emery LLP
MATTHEW J. JACOBS
JESSICA L. HOUTS

By: /s/ Matthew J. Jacobs
    Matthew J. Jacobs
    Jessica L. Houts
    Attorneys for Terry R. Solomon

MPK 137976-1.009972.0086