MATTHEW J. JACOBS (CSBN 171149)
JESSICA L. HOUTS (CSBN 253784)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:    650.813.5100
Email:         mjacobs@mwe.com
                   jhouts@mwe.com

Attorneys for Terry R. Solomon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiffs,<br><br>         v.<br><br>1.  2005 MAYBACH 57 SEDAN, VIN WDBVF78J45A001128;<br><br>2.  2006 HUMMER H2, VIN 5GRGN23U96H101282; AND<br><br>3.  2003 HARLEY DAVIDSON MOTORCYCLE, VIN 1HD1FC2563Y636319,<br><br>                 Defendants. | CASE NO. C-06-6636 (JF)<br><br>**TERRY R. SOLOMON'S 18 U.S.C. SECTION 983(A)(4)(A) AND RULE C(6)(A) VERIFIED STATEMENT** |

Pursuant to 18 U.S.C. section 983(a)(4)(A) and Rule C(6)(a), Supplemental Rules For Certain Admiralty and Maritime Claims, of the Federal Rules of Civil Procedure, Claimant, Terry R. Solomon ("Mr. Solomon"), hereby asserts his interest and right in, and demands restitution of, the following property:

        (a)    2005 Mayback 57 Sedan, VIN WDBVF78J45A001128;

        (b)    2006 Hummer H2, VIN 5GRGN23U96H101282; and

        (c)    2003 Harley Davidson Motorcycle, VIN 1HD1FC2563Y636319.

By virtue of his interest and rights in the above-listed property, Mr. Solomon asserts that:

1. He has an ownership interest in the vehicles listed above at (a) through (c); and

2. By virtue of his ownership interest in the vehicles listed above at (a) through (c), Mr. Solomon declares his right to defend this action and demands restitution of these vehicles.

3. Attorneys Matthew Jacobs and Jessica Houts are authorized by Mr. Solomon to make this verified statement.

Dated: February 8, 2008

McDermott Will & Emery LLP
MATTHEW J. JACOBS
JESSICA L. HOUTS

By: /s/ Matthew J. Jacobs
　　Matthew J. Jacobs
　　Jessica L. Houts
　　Attorneys for Terry R. Solomon

MPK 137945-1.009972.0086

- 2 -

SOLOMON VERIFIED STATEMENT
(Case No. C-06-6636 JF)