BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant Rebecca Solomon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>1.    2005 MAYBACH 57 SEDAN, VIN WDBVF78J45A001128;<br><br>2.    2006 HUMMER H2, VIN 5GRGN23U96H101282; AND<br><br>3.    2003 HARLEY DAVIDSON MOTORCYCLE, VIN 1HD1FC2563Y636319,<br><br>                Defendant. | No. CV-06-6636 JF<br><br>**REBECCA SOLOMON'S ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT OF FORFEITURE**<br><br>**JURY TRIAL REQUESTED** |

Claimant Rebecca Solomon, hereby answers the United States of America's ("Plaintiff's") verified complaint for forfeiture, *in rem*, ("Complaint") as follows:

**GENERAL DENIAL**

Except as expressly admitted herein, Ms. Solomon denies each and every allegation in the Complaint.

---

REBECCA SOLOMON ANSWER
(Case No. CV 06-6636 JF)                                           1

## SPECIFIC RESPONSES

### Jurisdiction

1. Ms. Solomon ADMITS that Plaintiff asserts jurisdiction under 28 U.S.C. §§ 1345, 1355, and 18 U.S.C. § 981. To the extent this paragraph alleges anything other than the above, such allegations are DENIED.

### Parties

2. Ms. Solomon ADMITS that Plaintiff is the United States of America.

3. Ms. Solomon responds to paragraph 3 as follows:
   (a) ADMITS that Plaintiff has named 2005 Maybach 57 Sedan, VIN WDBVF78J45A00128 as Defendant;
   (b) ADMITS that Plaintiff has named 2006 Hummer H2, VIN 5GRGN23U96H101282 as Defendant; and
   (c) ADMITS that Plaintiff has named 2003 Harley Davidson Motorcycle, VIN IHD1FC2563Y636319 as Defendant.

4. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

### Venue

5. Ms. Solomon ADMITS that plaintiff asserts venue is proper in the Northern District of California pursuant to 28 U.S.C. §§ 1355(b) and 1395(a) and (b). To the extent this paragraph alleges anything other than the above, such allegations are DENIED.

### Intradistrict Assignment

6. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

### Facts

7. Ms. Solomon incorporates by reference her specific responses to paragraphs 1 through 6.

8. Ms. Solomon is without sufficient knowledge or information to form a belief as to the

1  allegations contained in this paragraph and, on this basis, DENIES them.

2  9.   Ms. Solomon is without sufficient knowledge or information to form a belief as to these
3  allegations and, on this basis, DENIES them.

4  **A. Diamond Fraud Scheme**

5  10.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
6  allegations contained in this paragraph and, on this basis, DENIES them.

7  11.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
8  allegations contained in this paragraph and, on this basis, DENIES them.

9  12.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
10  allegations contained in this paragraph and, on this basis, DENIES them.

11  13.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
12  allegations contained in this paragraph and, on this basis, DENIES them.

13  14.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
14  allegations contained in this paragraph and, on this basis, DENIES them.

15  15.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
16  allegations contained in this paragraph and, on this basis, DENIES them.

17  16.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
18  allegations contained in this paragraph and, on this basis, DENIES them.

19  17.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
20  allegations contained in this paragraph and, on this basis, DENIES them.

21  18.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
22  allegations contained in this paragraph and, on this basis, DENIES them.

23  **B. China Fraud Scheme**

24  19.  Ms. Solomon is without sufficient knowledge or information to form a belief as to the
25  allegations contained in this paragraph and, on this basis, DENIES them.

26  Matthew Cook, M.D.

REBECCA SOLOMON ANSWER
(Case No. CV 06-6636 JF)                                3

20. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

21. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

22. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

23. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

24. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

25. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

26. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

27. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

28. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

<u>Farzaneh (Farri) Ouraie</u>

29. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

30. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

31. Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

32. Ms. Solomon is without sufficient knowledge or information to form a belief as to the

1   allegations contained in this paragraph and, on this basis, DENIES them.

2   33.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
3   allegations contained in this paragraph and, on this basis, DENIES them.

4   34.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
5   allegations contained in this paragraph and, on this basis, DENIES them.

6   35.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
7   allegations contained in this paragraph and, on this basis, DENIES them.

8   <u>Jon Christensen</u>

9   36.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
10   allegations contained in this paragraph and, on this basis, DENIES them.

11   37.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
12   allegations contained in this paragraph and, on this basis, DENIES them.

13   38.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
14   allegations contained in this paragraph and, on this basis, DENIES them.

15   39.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
16   allegations contained in this paragraph and, on this basis, DENIES them.

17   40.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
18   allegations contained in this paragraph and, on this basis, DENIES them.

19   41.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
20   allegations contained in this paragraph and, on this basis, DENIES them.

21   <u>Shahram Gholami, M.D.</u>

22   42.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
23   allegations contained in this paragraph and, on this basis, DENIES them.

24   43.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the
25   allegations contained in this paragraph and, on this basis, DENIES them.

26   44.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the

1  allegations contained in this paragraph and, on this basis, DENIES them.

2  45.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
3  allegations contained in this paragraph and, on this basis, DENIES them.

4  46.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
5  allegations contained in this paragraph and, on this basis, DENIES them.

6  <u>Patrick Bitter, M.D.</u>

7  47.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
8  allegations contained in this paragraph and, on this basis, DENIES them.

9  48.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
10 allegations contained in this paragraph and, on this basis, DENIES them.

11 49.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
12 allegations contained in this paragraph and, on this basis, DENIES them.

13 50.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
14 allegations contained in this paragraph and, on this basis, DENIES them.

15 51.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
16 allegations contained in this paragraph and, on this basis, DENIES them.

17 52.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
18 allegations contained in this paragraph and, on this basis, DENIES them.

19 53.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
20 allegations contained in this paragraph and, on this basis, DENIES them.

21 <u>Valerie Traina, M.D.</u>

22 54.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
23 allegations contained in this paragraph and, on this basis, DENIES them.

24 55.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
25 allegations contained in this paragraph and, on this basis, DENIES them.

26 56.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the

1  allegations contained in this paragraph and, on this basis, DENIES them.

2  57.     Ms. Solomon is without sufficient knowledge or information to form a belief as to the

3  allegations contained in this paragraph and, on this basis, DENIES them.

### Financial Analysis

Kristoffer International, Inc., Bank of America

58.     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (a)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (b)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (c)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (d)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Solomon Investment Group, Inc., HSBC Bank

59.     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (a)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (b)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (c)     Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

Rebecca Solomon, HSBC Bank

60.     Ms. Solomon is without sufficient knowledge or information to form a belief as to the

REBECCA SOLOMON ANSWER
(Case No. CV 06-6636 JF)                           7

allegations contained in this paragraph and, on this basis, DENIES them.

    (a)    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (b)    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

    (c)    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

61.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

**Financial Transactions Re Purchase of the Defendant Vehicles**

<u>2005 Mercedes Maybach Sedan</u>

62.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

63.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

64.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

65.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

<u>2006 Hummer H2</u>

66.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

67.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

68.    Ms. Solomon is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

1  69.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
2  allegations contained in this paragraph and, on this basis, DENIES them.
3  <u>2003 Harley Davidson Motorcycle</u>
4  66.[1]   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
5  allegations contained in this paragraph and, on this basis, DENIES them.
6  67.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
7  allegations contained in this paragraph and, on this basis, DENIES them.
8  68.   Ms. Solomon is without sufficient knowledge or information to form a belief as to the
9  allegations contained in this paragraph and, on this basis, DENIES them.

10                            **First Claim for Relief**

11  69.   Ms. Solomon incorporates by reference her specific responses to paragraphs 1 through 68.
12  70.   The allegations in paragraph 70 contain a legal conclusion to which no response is
13  required. To the extent this paragraph requires a response, such allegations are DENIED.
14  71.   The allegations in paragraph 71 contain a legal conclusion to which no response is
15  required. To the extent this paragraph requires a response, such allegations are DENIED.
16  72.   The allegations in paragraph 72 contain a legal conclusion to which no response is
17  required. To the extent this paragraph requires a response, such allegations are DENIED.
18  73.   The allegations in paragraph 73 contain a legal conclusion to which no response is
19  required. To the extent this paragraph requires a response, such allegations are DENIED.
20  74.   Ms. Solomon DENIES the allegations set forth in this paragraph.

21                            **Second Claim for Relief**

22  75.   Ms. Solomon incorporates by reference her specific responses to paragraphs 1 through 74.
23  76.   The allegations in paragraph 76 contain a legal conclusion to which no response is
24  required.  To the extent this paragraph requires a response, such allegations are DENIED.
25  77.   The allegations in paragraph 77 contain a legal conclusion to which no response is
26  required. To the extent this paragraph requires a response, such allegations are DENIED.

REBECCA SOLOMON ANSWER
(Case No. CV 06-6636 JF)                         9

1  78.    The allegations in paragraph 78 contain a legal conclusion to which no response is
2  required. To the extent this paragraph requires a response, such allegations are DENIED.
3  79.    The allegations in paragraph 79 contain a legal conclusion to which no response is
4  required. To the extent this paragraph requires a response, such allegations are DENIED.
5  80.    Ms. Solomon DENIES the allegations set forth in this paragraph.

### Third Claim for Relief

7  81.    Ms. Solomon incorporates by reference her specific responses to paragraphs 1 through 80.
8  82.    The allegations in paragraph 82 contain a legal conclusion to which no response is
9  required.  To the extent this paragraph requires a response, such allegations are DENIED.
10 83.    The allegations in paragraph 83 contain a legal conclusion to which no response is
11 required.  To the extent this paragraph requires a response, such allegations are DENIED.
12 84.    Ms. Solomon DENIES the allegations set forth in this paragraph.

### Fourth Claim for Relief

14 85.    Ms. Solomon incorporates by reference her specific responses to paragraphs 1 through 84.
15 86.    The allegations in paragraph 86 contain a legal conclusion to which no response is
16 required.  To the extent this paragraph requires a response, such allegations are DENIED.
17 87.    The allegations in paragraph 87 contain a legal conclusion to which no response is
18 required.  To the extent this paragraph requires a response, such allegations are DENIED.
19 88.    The allegations in paragraph 88 contain a legal conclusion to which no response is
20 required.  To the extent this paragraph requires a response, such allegations are DENIED.
21 89.    Ms. Solomon DENIES the allegations set forth in this paragraph.
22 //
23 //
24 //
25 //
26 //

**Affirmative Defenses as to All Causes of Action**

As separate and distinct affirmative defenses to the Complaint, and to each and every purported causes of action therein, Ms. Solomon is informed and believes, and thereon alleges, as follows:

**First Affirmative Defense**

**(Failure to State a Claim)**

The Complaint, and each purported cause of action set forth therein, fails to state a claim upon which relief can be granted against 2005 Maybach 57 Sedan, VIN WDBVF78J45A001128.

**Second Affirmative Defense**

**(Failure to State a Claim)**

The Complaint, and each purported cause of action set forth therein, fails to state a claim upon which relief can be granted against 2006 Hummer H2, VIN 5GRGN23U96H101282.

**Third Affirmative Defense**

**(Failure to State a Claim)**

The Complaint, and each purported cause of action set forth therein, fails to state a claim upon which relief can be granted against 2003 Harley Davidson Motorcycle, VIN 1HD1FC2563Y636319.

**Fourth Affirmative Defense**

**(Statute of Limitations)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by the applicable statute of limitations.

**Fifth Affirmative Defense**

**(Laches)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by the doctrine of laches.

**Sixth Affirmative Defense**

**(Innocent Owner)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, because Ms. Solomon is an innocent owner of defendant vehicles, pursuant to 18 U.S.C. § 983(d).

**Seventh Affirmative Defense**

**(Eighth Amendment)**

Plaintiff's alleged causes of action and each of them, are barred, in whole or in part, because forfeiture of the Defendant vehicles would be excessive in violation of the Eighth Amendment of the United States Constitution.

**Eighth Affirmative Defense**

**(Ex Post Facto)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, because forfeiture of the Defendant vehicles under 18 U.S.C. § 981(a)(1)(A) violates the Ex Post Facto Clause of Article I, §§ 9 and 10 of the United States Constitution.

**Ninth Affirmative Defense**

**(Lack of Particularity)**

Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, because the Complaint does not contain sufficient particularity to satisfy Rule E(2) of the Supplemental Rules For Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

**Prayer for Relief**

WHEREFORE, Ms. Solomon prays for the following relief against Plaintiff:

1. Plaintiff take nothing by the Complaint;

2. The Complaint be dismissed with prejudice;

3. Judgment be entered against Plaintiff and in favor of Ms. Solomon;

1  4. For such other and further relief as is just and proper.

2  **Demand for Jury Trial**

3  Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Ms. Solomon hereby
4  demands a trial by jury as to all issues so triable in the Complaint.

6  Dated: February 22, 2008

7  Respectfully submitted,

8  BARRY J. PORTMAN
   Federal Public Defender

10  _____/s/_____
    Nicholas P. Humy
11  Assistant Federal Public Defender