1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRAIN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7 | Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email: stephanie.hinds@usdoj.gov

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE VENUE

13

UNITED STATES OF AMERICA,                )
14                                        )
      Plaintiff,                          )      **No. C 06-6636 JF**
15                                        )
      v.                                  )
16                                        )      **STIPULATION AND [PROPOSED]**
1.  2005 MAYBACH 57 SEDAN, VIN            )      **ORDER FOR STAY AND CONTINUE**
17    WDBVF78J45A001128;                   )      **CASE MANAGEMENT CONFERENCE**
                                          )
18 | 2.  2006 HUMMER H2, VIN              )
      5GRGN23U96H101282; AND              )
19                                        )
3.  2003 HARLEY DAVIDSON                  )
20    MOTORCYCLE, VIN                     )
      1HD1FC2563Y636319,                  )
21                                        )
      Defendants.                         )
22                                        )
                                          )
23 | _____)

      IT IS HEREBY STIPULATED by and between plaintiff United States of America and

24

claimants Rebecca and Terry Solomon, through undersigned counsel, that this Court enter an

25

Order staying this action, pursuant to Title 18, United States Code, Section 981(g).  Claimants

26

are defendants in the related criminal case, United States v. Rebecca Solomon, et al.,

27

CR 06-00818 JF.   The allegations in the forfeiture complaint are based, in large part, on the

28

*STIPULATION AND ORDER RE STAY*
*C 06-6636 JF*

1   allegations at issue in the pending criminal action.  Consequently, the parties agree that a stay in

2   the forfeiture proceeding is appropriate in order to preserve each claimant's right against self-

3   incrimination in the related criminal matter.   The parties are advised that the criminal case is still

4   ongoing.  Accordingly, the parties in this proceeding  request that the Case Management

5   Conference, currently scheduled for March 21, 2008, be vacated and that the matter be continued

6   for approximately 90-120 days, or as soon thereafter as this Court may hear the matter.

7

8

9   Dated: 03/19/08                                                  /S/
                                                    STEPHANIE M. HINDS
10                                                  Assistant United States Attorney

11

12  Dated: 03/19/08                                                  /S/
                                                    MATTHEW J. JACOBS
13                                                  Attorney for Terry Solomon

14

15  Dated: 03/19/08                                                  /S/
                                                    NICHOLAS P. HUMY
16                                                  Attorney for Rebecca Solomon

17

18

19

20          IT IS HEREBY ORDERED:

21          Upon the stipulation of counsel, and good cause appearing, the above-captioned civil

22  forfeiture action is stayed in light of the pending related criminal prosecution of claimants

23  Rebecca and Terry Solomon.  The case management conference currently scheduled for March

24  21, 2008, is vacated.  The matter is continued until _____ for further status.

25

26  DATED:                                       _____
                                                    JEREMY FOGEL
27                                                  United States District Judge

28

*STIPULATION AND ORDER RE STAY*
*C 06-6636 JF*