BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant Rebecca Solomon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>1.  2005 MAYBACH 57 SEDAN, VIN<br>     WDBVF78J45A001128;<br><br>2.  2006 HUMMER H2, VIN<br>     5GRGN23U96H101282; AND<br><br>3.  2003 HARLEY DAVIDSON<br>     MOTORCYCLE, VIN<br>     1HD1FC2563Y636319,<br><br>    Defendant. | No. CV-06-6636 JF<br><br>**REBECCA SOLOMON'S 18 U.S.C. §983(a)(4)(A) AND RULE C(6)(A) VERIFIED STATEMENT** |

     Pursuant to 18 U.S.C. §983(a)(4)(A) and rule C(6)(A), Supplemental Rules for Certain Admiralty and Maritime Claims, of the Federal Rules of Civil Procedure, Claimant Rebecca Solomon hereby asserts her interest and right in, and demands restitution of the following property:

    (a)    2005 Maybach 57 Sedan, VIN WDBVF78J45A001128;

    (b)    2006 Hummer H2, VIN 5GRGN23U96H101282; and

REBECCA SOLOMON VERIFIED
STATEMENT
(Case No. CV 06-6636 JF)                        1

  (c)  2003 Harley Davidson Motorcycle, VIN 1HD1FC2563Y636319.

  By virtue of her interest and rights in the above-listed property, Ms. Solomon asserts that:

1. She has ownership in the vehicles listed above at (a) through (c); and

2. By virtue of her ownership interest in the vehicles listed above at (a) through (c), Ms. Solomon declares her right to defend this action and demands restitution of these vehicles.

  I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

  Executed this 19th day of March, 2008, at San Jose, California.

_____
Rebecca Solomon

REBECCA SOLOMON VERIFIED
STATEMENT
(Case No. CV 06-6636 JF)  2