**E-filed 3/20/08**

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRAIN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE VENUE

13

14  UNITED STATES OF AMERICA,         )
          Plaintiff,                  )    **No. C 06-6636 JF**
15                                    )
       v.                             )
16                                    )    **STIPULATION AND [PROPOSED]**
    1. 2005 MAYBACH 57 SEDAN, VIN     )    **ORDER FOR STAY AND CONTINUE**
17     WDBVF78J45A001128;             )    **CASE MANAGEMENT CONFERENCE**
                                      )
18  2. 2006 HUMMER H2, VIN            )
       5GRGN23U96H101282; AND         )
19                                    )
    3. 2003 HARLEY DAVIDSON           )
20     MOTORCYCLE, VIN                )
       1HD1FC2563Y636319,             )
21                                    )
          Defendants.                 )
22                                    )
                                      )
23

24      IT IS HEREBY STIPULATED by and between plaintiff United States of America and

25  claimants Rebecca and Terry Solomon, through undersigned counsel, that this Court enter an

26  Order staying this action, pursuant to Title 18, United States Code, Section 981(g). Claimants

27  are defendants in the related criminal case, United States v. Rebecca Solomon, et al.,

28  CR 06-00818 JF. The allegations in the forfeiture complaint are based, in large part, on the

*STIPULATION AND ORDER RE STAY*
*C 06-6636 JF*

allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve each claimant's right against self-incrimination in the related criminal matter. The parties are advised that the criminal case is still ongoing. Accordingly, the parties in this proceeding request that the Case Management Conference, currently scheduled for March 21, 2008, be vacated and that the matter be continued for approximately 90-120 days, or as soon thereafter as this Court may hear the matter.

Dated: 03/19/08                                              /S/
                                                             STEPHANIE M. HINDS
                                                             Assistant United States Attorney

Dated: 03/19/08                                              /S/
                                                             MATTHEW J. JACOBS
                                                             Attorney for Terry Solomon

Dated: 03/19/08                                              /S/
                                                             NICHOLAS P. HUMY
                                                             Attorney for Rebecca Solomon

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is stayed in light of the pending related criminal prosecution of claimants Rebecca and Terry Solomon. The case management conference currently scheduled for March 21, 2008, is vacated. The matter is continued until 7/18/08 for further status.
@ 10:30

DATED: 3/20/08
                                                             _____
                                                             JEREMY FOGEL
                                                             United States District Judge

*STIPULATION AND ORDER RE STAY*
*C 06-6636 JF*