```
1  MATTHEW J. JACOBS (CSBN 171149)
   JESSICA L. HOUTS (CSBN 253784)
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:  650.813.5000
4  Facsimile:  650.813.5100
   Email:      mjacobs@mwe.com
5              jhouts@mwe.com

6  Attorneys for Terry R. Solomon
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. C 06 6636 JF |
|---|---|
| Plaintiffs, | REQUEST AND [ ]XXXXXXXXXXXXXXXXX?] BY MATTHEW J. JACOBS FOR COURT APPOINTMENT TO REPRESENT TERRY R. SOLOMON'S OWNERSHIP INTEREST |
| v. | |
| 1. 2005 MAYBACH 57 SEDAN, VIN WDBVF78J45A001128; | |
| 2. 2006 HUMMER H2, VIN 5GRGN23U96H101282; AND | |
| 3. 2003 HARLEY DAVIDSON MOTORCYCLE, VIN 1HD1FC2563Y636319, | |
| Defendants. | |

Matthew J. Jacobs ("undersigned counsel"), court-appointed counsel for Defendant Terry R. Solomon ("Mr. Solomon") in <u>United States v. Rebecca Solomon, et al.</u>, CR 06-00818 JF, hereby requests that this Court appoint him to represent Mr. Solomon's claimed ownership interest in the above-captioned matter. The above-captioned matter is a civil forfeiture action related to the pending criminal case, <u>United States v. Rebecca Solomon, et al.</u>, currently before the Honorable Jeremy Fogel.

At a status conference appearance before Judge Fogel in the criminal case on Wednesday, March 19, 2008, Judge Fogel agreed that undersigned counsel should be appointed given the

related nature of the cases, but stated that any formal appointment should be handled by the Magistrate Court. Accordingly, undersigned counsel respectfully requests that this Court appoint him to represent Mr. Solomon's ownership interest in the civil forfeiture action.

Dated: March 25, 2008

McDermott Will & Emery LLP
MATTHEW J. JACOBS
JESSICA L. HOUTS


By: /s/ Matthew J. Jacobs
Matthew J. Jacobs
Jessica L. Houts
Attorneys for Terry R. Solomon

## PROPOSED ORDER

FOR GOOD CAUSE APPEARING, it is so ordered.

DATED: July 14, 2008

*Patricia V. Trumbull*
Hon. Patricia Trumbull

- 2 -

REQUEST FOR COURT APPOINTMENT
(Case No. C-06-6636 JF)