JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile:   (415) 436-6748
    email:        stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  C06-6636 JF |
|                  Plaintiff, ) | |
|         v. ) | |
| 1.  2005 MAYBACH 57 SEDAN, VIN<br>    WDBVF78J45A001128; ) | **STIPULATION AND [PROPOSED]<br>ORDER TO STAY CIVIL<br>FORFEITURE ACTION** |
| 2.  2006 HUMMER H2, VIN<br>    5GRGN23U96H101282; AND ) | |
| 3.  2003 HARLEY DAVIDSON MOTORCYCLE,<br>    VIN 1HD1FC2563Y636319 ) | |
|                  Defendants. ) | |

     IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Terry and Rebecca Solomon, through undersigned counsel, that this action be stayed pursuant to 18 U.S.C. § 981(g). Claimants are currently awaiting trial in <u>United States v. Solomon, et al.</u>, CR 06-00818 JF. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve claimant's right against self-incrimination in the related criminal matter, as

**STIPULATION AND [PROPOSED]**
**ORDER RE STAY OF ACTION**
**C 06-6636 JF**

well as to not jeopardize the government's ability to prosecute the criminal action.  The parties thus request that matter be stayed pending resolution of the related criminal matter and that any pending deadlines or assigned dates also be stayed and vacated until the resolution of the related criminal case.

Upon the resolution of the criminal case, the parties will notify the Court so that the forfeiture matter may be set for further status.  Alternatively, should the Court wish to set the matter for status at this time, the parties request that the matter be set for status in approximately 6 months.

Accordingly, the parties request that the Case Management Conference currently set for Friday, July 18, 2008, be vacate.

DATED: 7/16/08                              _____/s/_____
                                            STEPHANIE M. HINDS
                                            Assistant U.S. Attorney

DATED: 7/16/08                              _____/s/_____
                                            NICHOLAS P. HUMY, AFPD
                                            Attorney for Rebecca Solomon

DATED: 7/17/08                              _____/s/_____
                                            MATTHEW JACOBS
                                            Attorney for Terry Solomon

### [PROPOSED] ORDER TO STAY

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of claimants Terry and Rebecca Solomon.  The case management conference currently scheduled for July 18, 2008, is vacated.  The matter is continued until _____ for further status.

IT IS HEREBY ORDERED:

DATED:                                      _____
                                            JEREMY FOGEL
                                            United States District Judge

**STIPULATION AND [PROPOSED]**
**ORDER RE STAY OF ACTION**
**C 06-6636 JF**